*Robert Hyman* and *Jesse L. Goldberg* for appellants.

*John J. Bennett, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for respondent.

Judgments reversed and a new trial granted, with costs to abide the event on the following grounds: The description of the scene of the accident, in the notice of claim, was sufficient. The testimony made out a question of fact for the jury as to whether or not the city had been negligent in failing to remove the snow and ice from the crosswalk. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

JOSEPH WASSERMAN et al., Doing Business under the Firm Name of MAYFAIR NOVELTY COMPANY, Appellants, *v.* BROAD-ALBIN KNITTING Co., LTD., Respondent.

Argued November 25, 1946; decided January 16, 1947.

*Eugene L. Bondy* for appellants.

*Daniel H. Prior* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY P. SUCKOW, EDWARD KAHKOSKA and EDWARD KOBERSKI, Appellants.

Argued November 14, 1946; decided January 16, 1947.